FILED
IN CLERK'S OFFICE
U.S. D... E.D.N.Y.
★  ... 27 2005  ★

P.M. ____
____ A.M.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★  JUL 0 6 2005  ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE PLUMBERS LOCAL NO. 1 PLUMBING INDUSTRY BOARD NATIONAL PENSION FUND, WELFARE FUND, VACATION AND HOLIDAY FUND, TRADE EDUCATION FUND, ADDITIONAL SECURITY BENEFIT FUND, PROMOTIONAL FUND and 401(K) RETIREMENT FUND and GEORGE REILLY in his capacity as Business Manager of LOCAL UNION NO.1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA,

           Plaintiffs,

-against-

L.S. MILLER PLUMBING & HEATING, INC. and LARRY MILLER,

           Defendants.

---

03 Civ. 2094 (SJ)

CONSENT JUDGMENT

In accordance with the parties' agreement, the Court hereby enters Judgment as follows:

  1.  Judgment is entered in favor of plaintiffs Trustees of the Plumbers Local No. 1 Plumbing Industry Board National Pension Fund, Welfare Fund, Vacation and Holiday Fund, Trade Education Fund, Additional Security Benefit Fund, Promotional Fund and 401(K) Retirement Fund and George Reilly in his capacity as Business Manager of Local Union No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada (the "Plaintiffs") and against defendant L.S. Miller Plumbing & Heating Inc. in the amount of

$81,902.58, consisting of (1) delinquent contributions owed to the Welfare Fund, Vacation and Holiday Fund, Trade Education Fund, Additional Security Benefit Fund and Promotional Fund for the period March 29, 2003 through August 18, 2003 in an estimated amount of $40,500.00, (2) employee deferrals owed to the 401(K) Retirement Fund for the period February 5, 2003 through August 18, 2003 in an estimated amount of $2,344.05, (3) the sum of $33,908.53 owed to the Welfare Fund, Vacation and Holiday Fund, Trade Education Fund, Additional Security Benefit Fund and Promotional Fund, consisting of interest in the amount of $1,586.92, liquidated damages of $25,681.11 and $6,640.50 of legal fees for late payment of contributions made during the period January 2002 through June 2003, and (4) attorneys' fees and costs in the amount of $5,150.00.

2. Plaintiffs will be entitled to enforce this Judgment by all means permitted by law.

Dated: 6/27/05

We stipulate to and request entry
of this Consent Judgment

L.S. MILLER PLUMBING & HEATING, INC.

By: *Lawrence A Miller*
Name: Lawrence S. Miller
Title:

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
Charles R. Virginia (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
(212) 943-9080
Attorneys for Plaintiffs

s/SJ
_____
USDJ

July 15, 2005